## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

Debtor: **FIELDS, LIZZIE M.**

Case No.: **11-00904-EE**

Chapter 13

## Notice of Final Cure Payment

Pursuant to Fed. Bankr. Rule 3002.1(f) the Trustee files notice that the amount required to cure the default in the below claim has been paid in full.

**Name of Creditor**: **CARRINGTON MORTGAGE SERVICES, LLC**
**Court Claim Register No.: 4-2**

**Last four digits** of any number used to identify the Debtor's account: **1078**

| Final Cure Amount | |
|---|---|
| Amount of Pre-Petition Arrears | **$4,697.60** |
| Amount Paid By Trustee | **$4,697.60** |

| Monthly Ongoing Mortgage Payment | |
|---|---|
| Mortgage is Paid: | |
| X   Through the Chapter 13 conduit | Direct by the Debtor(s) |

Within 21 days of the service of the Notice, the creditor must file and serve same on the Debtor, Debtor's counsel and the Trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the Debtor has paid in full the amount required to cure the default and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the Debtor is otherwise current on all payment or be subject to further actions of the Court, including possible sanctions.

DATED: August  *3* , 2016

/s/  James L. Henley, Jr.
James L. Henley, Jr., MSB # 9909
CHAPTER 13 TRUSTEE
P. O. Box 31980
Jackson, MS  39286
Ofc: (601) 981-9100
Fax: (601) 981-9888
jlhenley@jlhenleych13.net

## CERTIFICATE OF SERVICE

I, James L. Henley, Jr., do hereby certify that I have this day submitted a true and correct copy of the above and foregoing Notice of Final Cure Payment Current to the following, all by electronic, ECF filing, to: Ron McAlpin, Asst. U. S. Trustee, USTPRegion05.JA.ECF@usdoj.gov, 501 E. Court Street, Suite 6.430, Jackson, MS 39201, and

Frank H. Coxwell, III, Esq.
frank@coxwellattorneys.com

Carrington Mortgage Services, LLC
Bankruptcy Department
1600 South Douglass Road
Anaheim, CA  92806

Carrington Mortgage Services, LLC
Bankruptcy Department
P. O. Box 3730
Anaheim, CA  92806

Lizzie M. Fields
1006 Willow Street
Jackson, MS  39204

DATED: August 3 , 2016                    /s/ James L. Henley, Jr.
                                          James L. Henley, Jr.